PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No.  66836

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: <u>1:20-TP-20037</u>

### <u>Request for Modifying the Conditions or Term of Supervision</u>
### <u>With Consent of the Offender</u>
(Probation Form 49, Waiver of Hearing is Attached)

Name of Offender:  Yosmany Nunez

Name of Sentencing Judicial Officer: The Honorable Janet Bond Arterton, United States District Judge, District of Connecticut

Transfer of Jurisdiction: June 24, 2020- Assigned to The Honorable Cecilia M. Altonaga, United States District Judge, Miami, Florida

Date of Original Sentence:  February 4, 2015

| | |
|---|---|
| Original Offense: | Transportation of Stolen Property, in violation of Title 18 U.S.C. § 2314, a Class C felony. |
| Original Sentence: | Seventy-five (75) months custody of the Bureau of Prisons; followed by a three (3) year term of supervised release. The following special conditions were ordered: The defendant shall: 1) participate in a program approved by the U.S. Probation Office for drug and alcohol abuse treatment; 2) not possess a firearm or other dangerous weapon; 3) provide the probation officer with access to all requested financial information; and 4) as the defendant is a bona fide resident of the Southern District of Florida, supervision is transferred to the district. |
| | **November 6, 2017:** Restitution Order- The Court ordered the defendant pay restitution in the amount of $60,994,213.00, jointly and severally, at the rate of $200 per month. A $100.00 Special Assessment fee was also ordered. |
| | **February 25, 2020:** *Report on Offender Under Supervision*—No Action. The Court was notified of the defendant's noncompliance and concurred with U.S. Probation's recommendation for no action regarding violations of supervised release including failure to follow instructions, failure to provide the U.S. Probation Office with access to all requested financial information and failure to pay restitution as ordered. |

Type of Supervision:  Supervised Release          Date Supervision Commenced:  October 28, 2019

## PETITIONING THE COURT

☐    To extend the term of supervision for _____ years, for a total term of _____ years.  
☒    To modify the conditions of supervision as follows:

PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No.  66836

**The defendant shall pay restitution at the rate of $500.00 per month until such time as the Court may alter that payment schedule in the interest of justice.  The U.S. Probation Office and U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay.**

### CAUSE

On October 28, 2019, the defendant was released from imprisonment and began his term of supervised release in the Southern District of Florida.

On February 25, 2020, the District of Connecticut was notified of the defendant's violation of supervised release, including failure to follow instructions, failure to provide the U.S. Probation Office with access to all requested financial information and failure to pay restitution as ordered. U.S. Probation recommended no action be taken by the Court at that time. A transfer of jurisdiction was requested.

The defendant submitted his application requesting an Employment Authorization Document (EAD) with U.S. Immigration and Customs Enforcement. He received a letter from the agency confirming receipt of his application on December 6, 2019. On July 6, 2020, the defendant received another letter from U.S. Immigration and Customs Enforcement confirming his approval for employment authorization, however he is unable to begin employment until he receives the physical work permit. To date, the defendant has not received this document.

On May 19, 2020, the defendant was successfully discharged from Dade Family Counseling after having completed substance abuse and alcohol treatment. To date, all of the defendant's urinalysis tests have returned negative for illegal drug use.

On June 24, 2020, jurisdiction of this case was accepted in the Southern District of Florida and assigned to Your Honor.

On August 21, 2020, an assessment of the defendant's financial status was conducted. The defendant reported the household income and expenses on a monthly basis, which was compared to the documentation provided by the defendant. It is important to note, at that time, the defendant reported owning a 2020 GMC Yukon, with payments in amount of $1,194.52 per month. The defendant was reinstructed on the amount of restitution owed. The defendant advised he would seek to return this automobile, in an effort to reduce his monthly car payment, and use the difference toward his monthly restitution payment. Subsequently, the defendant obtained a new vehicle, a 2020 GMC Arcadia, with a monthly payment $552.00.

 On October 8, 2020, another assessment of the defendant's financial status was conducted. The defendant is currently residing with his girlfriend, and their newborn daughter at 8306 NW 143rd Terrace, Miami Lakes, Florida, 33016. The defendant has voluntary, shared custody of his two children and they reside with him on occasion through the year.  He is currently unemployed and unauthorized to work, as he is pending his employment authorization document (EAD). The defendant reported the household income and expenses on a monthly basis, which was compared to the documentation provided by the defendant. The expenses were adjusted accordingly.

PROB 12B                                                                                         SD/FL PACTS No.  66836
(SD/FL 9/96)

    Based on this assessment, it was determined that the defendant could afford to make payments in the amount of $500.00 per month.  The defendant has satisfied the $100.00 special assessment in full, and $1,350.00 toward his restitution obligation. The current restitution balance is $60,980,750.02.

    The defendant was presented with this information and concurred with our assessment. He voluntarily signed the enclosed *Waiver of Hearing to Modify Conditions of Supervised Release,* thus establishing a restitution payment of $500.00 per month, commencing on November 1, 2020, and every month thereafter.

**RECOMMENDATION:**  It is respectfully requested Your Honor modify the conditions of supervised release to require the defendant pay restitution at the rate of $500.00 per month.

Respectfully submitted,

by:

Mailin Perez
United States Probation Officer
Office: (305)512-1838
Cellular: (786)351-0511
Date:  October 14, 2020

THE COURT ORDERS:

☐    No Action
☒    The Modification of Conditions as Noted Above
☐    Submit a Request for ☐ Warrant or ☐ Summons

Signature of Judicial Officer

Oct. 16, 2020

Date